# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 19-15572-ELF

ROBERT L. ANDERSON, JR.
MARLENE  ANDERSON
7539 RUGBY STREET

PHILADELPHIA, PA 19150-

      Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    ROBERT L. ANDERSON, JR.
    MARLENE  ANDERSON
    7539 RUGBY STREET

    PHILADELPHIA, PA 19150-

**Counsel for debtor(s), by electronic notice only.**
    GEORGETTE MILLER
    335 EVESHAM AV

    LAWNSIDE, NJ 08045-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                    /s/ William C. Miller

Date: 11/27/2019

                    _____
                    William C. Miller, Esquire
                    Chapter 13 Standing Trustee