**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: ROBERT ANDERSON, | | |
| MARLENE ANDERSON, | : | CHAPTER 13 |
| | : | |
| DEBTOR(S). | : | CASE NO.: 19-15572-ELF |
| | : | |
| | : | |

**AMENDED ORDER**

And Now this _____, 2020, upon consideration of Debtors Marlene and Robert Anderson's Motion to Determine Value, and any response in opposition thereto, if any, it is hereby ORDERED that Debtor's Motion is granted, and that the allowed secured claim of Ally Bank be $8,835. The remaining balance shall be treated as unsecured.

_____

Honorable Eric L. Frank