IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ROBERT ANDERSON,
MARLENE ANDERSON,        :   CHAPTER 13
:
DEBTOR(S).               :   CASE NO.: 19-15572-ELF
:
:

**ORDER**

And Now this  25th day of March  , 2020, upon consideration of Debtors Marlene and Robert Anderson's Motion to Determine Value, and there being no response in opposition thereto, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**

2. The Clerk shall amend the Claims Register to Reflect that Ally Bank's claim (Claim No 3) is an allowed secured claim of $8,835 and a general unsecured claim of $7,180.33.

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE