IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ROBERT ANDERSON,
     MARLENE ANDERSON,    :    CHAPTER 13
                                        :
     DEBTOR(S).                   :    CASE NO.: 19-15572-ELF
                                        :

**AMENDED ORDER**

And Now this <u>26th day of March</u>, 2020, upon consideration of Debtors Marlene and Robert Anderson's Motion to Determine Value, and there being no response in opposition thereto, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**

2. The Clerk shall amend the Claims Register to Reflect that Ally Bank's claim (Claim No 9) is an allowed secured claim of $8,835 and a general unsecured claim of $7,180.33.

3. This order supersedes the order dated 3-25-20 (docket entry #40).

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE