United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert L. Anderson, Jr.  
Marlene Anderson  
    Debtors

Case No. 19-15572-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Lisa     Page 1 of 1     Date Rcvd: Mar 25, 2020  
                  Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2020.  
db/jdb         +Robert L. Anderson, Jr.,   Marlene Anderson,   7539 Rugby Street,   Philadelphia, PA 19150-2607

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr           +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2020 03:37:25      Synchrony Bank,  
          c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021  
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2020 at the address(es) listed below:

        GEORGETTE MILLER    on behalf of Joint Debtor Marlene   Anderson info@georgettemillerlaw.com,  
          georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemillerlaw.com  
        GEORGETTE MILLER    on behalf of Debtor Robert L. Anderson, Jr. info@georgettemillerlaw.com,  
          georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemillerlaw.com  
        REBECCA ANN SOLARZ    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                                TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ROBERT ANDERSON,
MARLENE ANDERSON,   :   CHAPTER 13
:
DEBTOR(S).   :   CASE NO.: 19-15572-ELF
:
:

**ORDER**

And Now this 25th day of March, 2020, upon consideration of Debtors Marlene and Robert Anderson's Motion to Determine Value, and there being no response in opposition thereto, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**

2. The Clerk shall amend the Claims Register to Reflect that Ally Bank's claim (Claim No 3) is an allowed secured claim of $8,835 and a general unsecured claim of $7,180.33.

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE