Certificate Number: 15317-PAE-DE-038892578

Bankruptcy Case Number: 19-15572



15317-PAE-DE-038892578

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 22, 2024, at 10:30 o'clock PM PDT, Robert L Anderson completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 22, 2024          By:   /s/Madelyn Kotb

                                    Name: Madelyn Kotb

                                    Title: Counselor