Certificate Number: 15317-PAE-DE-038892579

Bankruptcy Case Number: 19-15572



15317-PAE-DE-038892579

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 22, 2024, at 10:30 o'clock PM PDT, Marlene Anderson completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  September 22, 2024          By:    /s/Madelyn Kotb

                                   Name:  Madelyn Kotb

                                   Title: Counselor