United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 19-15572-pmm
Robert L. Anderson, Jr.  Chapter 13
Marlene Anderson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Sep 26, 2024      Form ID: 138OBJ      Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert L. Anderson, Jr., Marlene Anderson, 7539 Rugby Street, Philadelphia, PA 19150-2607 |
| 14385143 | | Citicards Cbna, Credit Bureau Dispute Unit, Sioux Falls, SD 57117 |
| 14385150 | | Pa Sta Empcu, P.o. Box 1006, Harrisburg, PA 17108 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 27 2024 00:20:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 27 2024 00:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14411149 | | Email/Text: ally@ebn.phinsolutions.com | Sep 27 2024 00:19:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14620356 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 27 2024 00:43:20 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14385138 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 27 2024 00:19:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14385139 | ^ | MEBN | Sep 27 2024 00:00:31 | Amerisol, Po Box 65018, Baltimore, MD 21264-5018 |
| 14408784 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2024 00:26:08 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14385140 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 27 2024 00:19:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14401715 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Sep 27 2024 00:20:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14451426 | | Email/Text: megan.harper@phila.gov | Sep 27 2024 00:20:00 | Water Revenue Bureau, Pamela Elchert Thurmond, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14390117 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 27 2024 00:43:51 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14385141 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 27 2024 00:26:38 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14385142 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2024 00:25:28 | Citibank Na, Po Box 6181, Sioux Falls, SD |

Case 19-15572-pmm   Doc 74   Filed 09/28/24   Entered 09/29/24 00:37:20   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 26, 2024 | Form ID: 138OBJ | Total Noticed: 38 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 57117-6181 |
| 14421913 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2024 00:25:33 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14385147 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2024 00:25:29 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 14421544 | | Email/Text: bnc-quantum@quantum3group.com | Sep 27 2024 00:20:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14385144 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Sep 27 2024 00:26:31 | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14391299 | | Email/Text: mrdiscen@discover.com | Sep 27 2024 00:19:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14385145 | + | Email/Text: mrdiscen@discover.com | Sep 27 2024 00:19:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14385146 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 27 2024 00:26:03 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 14420315 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2024 00:25:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14704890 | + | Email/Text: bkteam@selenefinance.com | Sep 27 2024 00:20:00 | MCLP Asset Company, Inc., Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 14390097 | ^ | MEBN | Sep 27 2024 00:00:39 | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14407861 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 27 2024 00:20:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14385148 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 27 2024 00:20:00 | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 14385149 | + | Email/PDF: bankruptcy_prod@navient.com | Sep 27 2024 00:44:30 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 14431581 | | Email/PDF: bankruptcy_prod@navient.com | Sep 27 2024 00:26:41 | Navient PC TRUST c/o, Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14385151 | ^ | MEBN | Sep 27 2024 00:00:28 | PGW, 800 W. Montgomery Ave, Philadelphia, PA 19122-2806 |
| 14417768 | | Email/Text: bankruptcynotices@psecu.com | Sep 27 2024 00:21:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14431582 | | Email/PDF: bankruptcy_prod@navient.com | Sep 27 2024 00:44:06 | SLM BANK c/o, Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14420399 | | Email/Text: ebn_bkrt_forms@salliemae.com | Sep 27 2024 00:20:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 14385152 | + | Email/Text: ebn_bkrt_forms@salliemae.com | Sep 27 2024 00:20:00 | Sallie Mae Bank Inc, Po Box 3229, Wilmington, DE 19804-0229 |
| 14385153 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2024 00:54:53 | Syncb/jc Penney Dc, Po Box 965007, Orlando, FL 32896-5007 |
| 14386066 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 27 2024 00:25:26 | Synchrony Bank, AIS InfoSource, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14385154 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2024 00:26:35 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 35

# BYPASSED RECIPIENTS

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 26, 2024 | Form ID: 138OBJ | Total Noticed: 38 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14419597 | *+ | Synchrony Bank, AIS InfoSource, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHELLE LEE | on behalf of Debtor Robert L. Anderson Jr. bky@dilworthlaw.com |
| MICHELLE LEE | on behalf of Joint Debtor Marlene Anderson bky@dilworthlaw.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor MCLP Asset Company Inc. mimcgowan@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor MCLP Asset Company Inc. rshearer@raslg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 138OBJ* (6/24)−doc 73 − 64

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Robert L. Anderson Jr. ) Case No. 19−15572−pmm
    )
    )
   Marlene Anderson ) Chapter: 13
    )
   Debtor(s). )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: September 26, 2024            For The Court

                                                                                  Timothy B. McGrath
                                                                                  Clerk of Court